THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CAIRNIE,<br><br>　　　　　　　Defendant. | NO.  CR05-5000FDB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the stipulated motion of the defendant in this matter for an order continuing trial, and the court having considered the records and files herein.

THE COURT HAVING FOUND that the defendant has given a safety valve proffer, that counsel for the defendant and the government are in the process of reaching a plea agreement, that additional time is necessary to accomplish said agreement, that it is anticipated that this case will resolve prior to trial, and that continuing the trial date on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

IT IS HEREBY ORDERED that the trial date in this matter is continued from May 23, 2005 to June 27, 2005.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

1   IT IS FURTHER ORDERED that the period of time from the current trial date of
2   May 23, 2005 to June 27, 2005 is excluded in calculating the time within which trial must
3   begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

4   DONE this 2nd day of May, 2005.

5
6            /s/  Franklin D Burgess
    THE HONORABLE FRANKLIN D. BURGESS

7
8   Presented by:

9   Richard Cairnie, represented by:
    LAW OFFICES OF
10  JOHN HENRY BROWNE
    s/ Jessica Riley
11  WSBA # 32705
    2100 Exchange Building
    Seattle, Washington 98104
12  Phone: 206-388-0777
    Fax: 206- 388-0780

13
14  Approved for entry:

15  Plaintiff, USA, represented by:
    UNITED STATES ATTORNEY'S OFFICE
    s/ Lisca Borichewski, AUSA via telephonic
16  approval
    WSBA #24300
17  700 Stewart Street
    Seattle, Washington 98101
18  Phone: 206-553-7970
    Fax: 206-553-4440
19  Lisca.Borichewski@usdoj.gov

20
21
22
23
24

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780