1

2

3        THE HONORABLE FRANKLIN D. BURGESS

4

5

6

7

8                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                        AT TACOMA

10   UNITED STATES OF AMERICA,

11               Plaintiff,                    NO.  CR05-5000 FDB

12          v.                                 ORDER GRANTING **STIPULATED**
                                               **MOTION TO CONTINUE TRIAL**
13   RICHARD CAIRNIE,

14               Defendant.

15          THIS MATTER HAVING COME on/or before the undersigned Judge, upon the

16   stipulated motion of the defendant in this matter to reconsider the motion for continuance

17   of the trial date, and the court having considered the records and files herein.

18          THE COURT HAVING FOUND that the defendant has given a safety valve

19   proffer, that counsel for the defendant and the government have reached a plea

     agreement, that additional time is necessary to submit the defendant to a polygraph

20   examination to substantiate the defendant's eligibility for a safety valve, that it is

21   anticipated that this case will resolve prior to trial, and that continuing the trial date on the

22   ground that the "ends of justice served by taking such action outweigh the best interest of

     the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§

23   3161(h)(8)(A) (B)(ii) and (B)(iv).

24

ORDER GRANTING STIPULATED              LAW OFFICES OF JOHN HENRY BROWNE, P.S.
MOTION TO CONTINUE TRIAL - 1                    2100 EXCHANGE BUILDING
                                                   821 SECOND AVENUE
                                               SEATTLE, WASHINGTON 98104
                                            (206) 388-0777 • FAX: (206) 388-0780

1    IT IS HEREBY ORDERED that the trial date in this matter is continued

2  from June 27, 2005 to August 15, 2005 at 9:00 a.m.

3    IT IS FURTHER ORDERED that the period of time between the current trial date

   of June 27, 2005 up to and including the new trial date of August 15, 2005 is excluded in

4  calculating the time within which trial must begin under the Speedy Trial Act pursuant to

5  18 U.S.C. §3161(h)(8)(A).

6

     DONE IN OPEN COURT this 14th day of June, 2005.

7

8         /s/ Franklin D Burgess
        THE HONORABLE FRANKLIN D. BURGESS

9

10                              Presented by:

11                              Richard Cairnie, represented by:
                                LAW OFFICES OF
12                              JOHN HENRY BROWNE
                                s/ Jessica Riley
13                              WSBA # 32705
                                2100 Exchange Building
14                              Seattle, Washington 98104
                                Phone: 206-388-0777
15                              Fax: 206- 388-0780

16                              Approved for entry:

17                              Plaintiff, USA, represented by:
                                UNITED STATES ATTORNEY'S OFFICE
18                              s/ Lisca Borichewski, AUSA via telephonic
                                approval
19                              WSBA #24300
                                700 Stewart Street
20                              Seattle, Washington 98101
                                Phone: 206-553-7970
21                              Fax: 206-553-4440
                                Lisca.Borichewski@usdoj.gov

22

23

24

ORDER GRANTING STIPULATED            LAW OFFICES OF JOHN HENRY BROWNE, P.S.
MOTION TO CONTINUE TRIAL - 2         2100 EXCHANGE BUILDING
                                     821 SECOND AVENUE
                                     SEATTLE, WASHINGTON 98104
                                     (206) 388-0777 • FAX: (206) 388-0780